**STATE of Missouri, Respondent,**

v.

**Gary D. ETHERTON, Appellant.**

**No. WD 34867.**

Missouri Court of Appeals,
Western District.

Dec. 20, 1983.

George M. Ely, Hamilton, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before MANFORD, P.J., and CLARK and KENNEDY, JJ.

### ORDER

PER CURIAM.

This is a direct appeal from a jury conviction for robbery, first degree, in violation of § 569.020, RSMo 1978.

No jurisprudential purpose would be served by a written opinion. Judgment affirmed.

All concur. Rule 30.25(b).